UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITISH COAL STAFF SUPERANNUATION SCHEME; MINEWORKERS' PENSION SCHEME; FÖRSTA AP-FONDEN; TAYSIDE SUPERANNUATION FUNDS; INTERNATIONAL FUND MANAGEMENT S.A.; DEKA INTERNATIONAL S.A. LUXEMBURG; DEKA INVESTMENT GmbH; and ETFLAB INVESTMENT GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; ALAN FROST; DAVID HERZOG; ROBERT LEWIS; MARSHALL A. COHEN; MARTIN S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L. HAMMERMAN; GEORGE L. MILES, JR.; MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA ROMETTY; MICHAEL H. SUTTON; EDMUND S.W. TSE; FRANK G. ZARB; PRICEWATERHOUSECOOPERS LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; DOWLING & PARTNERS SECURITIES, LLC; FOX-PITT KELTON COCHRAN CARONIA WALLER (USA) LLC; JP MORGAN SECURITIES INC.; KEEFE, BRUYETTE & WOODS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; and WACHOVIA CAPITAL MARKETS LLC, <br><br> Defendants. | No. 12-CV-4555 (LTS) (DCF) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Corrected Complaint ("Complaint"), filed July 9, 2012, a copy of which is annexed hereto and the accompanying Memorandum of Law, Defendant PricewaterhouseCoopers LLP ("PwC")

(erroneously sued as PricewaterhouseCoopers LLC) hereby moves this Court, before the Hon. Laura Taylor Swain, at the United States Courthouse, Courtroom 12D, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. § 78bb(f)(1), dismissing with prejudice the Complaint, as to Defendant PwC; and granting such other and further relief as the Court deems just and proper.

The undersigned counsel for PwC hereby certifies that we have complied with Rule 2(b)(i) of the Individual Practices of Judge Laura Taylor Swain by using our best efforts to resolve the matters raised in this motion informally.  Our efforts were not successful.  Plaintiffs have not amended their Complaint in response to the arguments raised in this motion.

January 20, 2015

                                                CRAVATH, SWAINE & MOORE LLP,

                                                by <u>*/s/ Antony L. Ryan*</u>
                                                Thomas G. Rafferty
                                                Antony L. Ryan
                                                Samira Shah
                                                Worldwide Plaza
                                                825 Eighth Avenue
                                                New York, New York 10019
                                                (212) 474-1000
                                                trafferty@cravath.com
                                                aryan@cravath.com
                                                sshah@cravath.com

                                                *Attorneys for Defendant*
                                                *PricewaterhouseCoopers LLP*